United States Court of Appeals
Fifth Circuit

**F I L E D**

May 1, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-31220

DAVID THERIOT; ET AL

Plaintiffs

BURLINGTON NORTHERN & SANTA FE RAILWAY CO; ET AL

Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARY VILTZ; ET AL

Plaintiffs

ANNA LAWSON

Plaintiff - Appellant

v.

BURLINGTON NORTHERN & SANTA FE RAILWAY CO; ET AL

Defendants

BURLINGTON NORTHERN & SANTA FE RAILWAY CO

Defendant - Appellee

1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PEGGY GERAC; ET AL

Plaintiffs

PEGGY GERAC; FRANCIS GREEN

Plaintiffs - Appellants

v.

BURLINGTON NORTHERN & SANTA FE RAILWAY CO; ET AL

Defendants

BURLINGTON NORTHERN & SANTA FE RAILWAY CO

Defendant - Appellee

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ETHEL TAYLOR; ET AL

Plaintiffs

ETHEL TAYLOR

Plaintiff - Appellant

v.

BURLINGTON NORTHERN & SANTA FE RAILWAY CO; ET AL

Defendants

BURLINGTON NORTHERN & SANTA FE RAILWAY CO

2

Defendant - Appellee

---

Appeal from the United States District Court for
the Western District of Louisiana
(00-CV-1097)

---

Before REAVLEY, CLEMENT and PRADO, Circuit Judges.

PER CURIAM:[*]

Although pro se pleadings are afforded liberal construction, *see Haines v, Kerner*, 404 U.S. 519, 520, 92 S. Ct. 594 (1972), even pro se litigants must adequately brief arguments in order to properly present them for consideration. *See Yahey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993). Appellants have made no showing of the jurisdiction of this court and have inadequately briefed their arguments. Accordingly, this appeal is dismissed.

APPEAL DISMISSED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.